UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-60110-Cr-ALTMAN/HUNT

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DAVARIOUS MITCHELL,

      Defendant.
_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE is before the undersigned on an Order of Reference (ECF No. 22) from United States District Judge Roy K. Altman, for the purpose of conducting a proceeding for acceptance of a guilty plea by Defendant Davarious Mitchell in the above-referenced case. The undersigned, having conducted a Change of Plea hearing on November 15, 2023, recommends to the District Court as follows:

1. On November 15, 2023, the undersigned held a hearing to permit Defendant, Davarious Mitchell, to enter a change of plea. At the outset of the hearing, the undersigned advised Defendant of his right to have these proceedings conducted by the District Judge assigned to the case. Further, Defendant was advised that the Change of Plea hearing was being conducted on an Order of Reference from the District Judge, at the request of Defendant, Defendant's attorney, and the Assistant United States Attorney assigned to this case. The undersigned further advised Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning Defendant's sentence.

2. Defendant was advised that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could request that the Change of

Plea hearing be conducted only by a United States District Judge. Defendant, Defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to the undersigned conducting the Change of Plea hearing.

3. The undersigned conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges and Rule 11 of the Federal Rules of Criminal Procedure.

4. The Parties have not entered into a formal written plea agreement. They did, however, enter into an oral agreement in open court. Specifically, Defendant agreed to plead guilty to Count Two of the two-count Indictment, and the Government will move to dismiss the remaining count of the Indictment after sentencing. In addition, the Government agreed to recommend a two- or three-level reduction for acceptance of responsibility, depending on Defendant's offense level as determined in the Presentence Investigation Report (PSI). There are no other agreements. The Government proffered the statutory maximum penalties and outlined the elements of the offense to which Defendant pleaded guilty. There are no mandatory minimum sentences or statutory enhancements in this case. Defendant acknowledged that he understood the possible maximum penalties (including fines, supervised release, restitution, forfeiture, and special assessments) that could be imposed.

5. Defendant pleaded guilty to Count Two of the two-count Indictment, which charges him with importation of hydrocodone, in violation of 21 U.S.C. § 952(a). Defendant also consented to the forfeiture count in the Indictment

6. The Parties provided a signed, agreed written factual basis for the entry of the

plea (ECF No. 29), which includes all the essential elements of the crime to which Defendant is pleading guilty and any statutory sentencing enhancements and/or aggravating factors that may be applicable (there are none).   Defendant acknowledged on the record that he had read and signed the written proffer and agreed that the facts set forth in the proffer were true and accurate, and that the proffer included the essential elements of the offense to which he is pleading guilty.

7. The undersigned advised Defendant about the possible immigration and other collateral consequences of his guilty plea.

8. Defendant expressed satisfaction with his counsel's representation.

9. Based on all the foregoing and the plea colloquy, the undersigned recommends to the District Judge that Defendant, Davarious Mitchell, be found to have freely and voluntarily entered his guilty plea to Count Two of the Indictment as more particularly described herein and that he be adjudged guilty of this offense.

10. A Presentence Investigation Report will be prepared for the District Court by the United States Probation Office.  **The Parties were advised that the sentencing hearing will be set by separate order from the District Judge**.

Accordingly, the undersigned RECOMMENDS that Davarious Mitchell's plea of guilty be accepted, that Defendant be adjudged guilty of the offense to which he has entered his plea of guilty, and that a sentencing hearing be conducted for final disposition of this matter.

The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable Roy K. Altman, United States District Judge.   Failure to file objections timely

shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained therein, except upon grounds of plain error if necessary in the interest of justice.  *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1 (2016).  **The undersigned requested that counsel promptly file a notice of non-objection if they have no objections to the Report and Recommendation.**

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 16th day of November, 2023.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Roy K. Altman
U.S. Probation
All counsel of record